JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **SOKOLSKYFILM, INC.,** | ) Case No.: 2:25-cv-07884-RGK-MBK |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** Judge:   The |
| -vs.- | ) |
| | ) Hon. R. Gary Klausner |
| **LAUREN MESSIAH INC., and LAUREN MESSIAH,** | ) |
| Defendants. | ) |

On June 29, 2026, Plaintiff SokolskyFilm moved for Partial Summary Judgment;

On the same date, Defendants Lauren Messiah and Lauren Messiah, Inc. moved for Summary Judgment;

Whereas, this Court pursuant to written order on June 16, 2026, ruled that the Defendants are entitled to Summary Judgment under Fed. R. Civ. P. 56(a) and that Plaintiff's motion for Partial Summary Judgment is denied;

Therefore, Judgment is entered in Defendants' favor and costs are awarded to the Defendants and that the Defendants are the prevailing party.

SO ORDERED:

DATE: June 23, 2026

_____

Honorable Judge R. Gary Klausner